UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:19-cv-00543

**Elbert Combs,**
*Plaintiff,*

v.

**Henderson County Sheriff, et al.,**
*Defendants.*

Before BARKER, *District Judge*

**ORDER**

On November 18, 2019, plaintiff Elbert Combs, a pretrial detainee confined in the Henderson County Jail, filed both this civil rights lawsuit (Doc. 1) and an accompanying motion for leave to proceed *in forma pauperis* (Doc. 2). The case was referred United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b). Doc. 3.

One month later, Judge Love denied plaintiff's motion to proceed *in forma pauperis* due to various deficiencies in the application. Doc. 4. Judge Love then ordered plaintiff to, within 30 days, either file a corrected application or pay the filing fee. Plaintiff failed to do so. On January 27, 2020, Judge Love entered a report recommending that plaintiff's case be dismissed without prejudice for want of prosecution and for failure to obey a court order. Doc. 8

There being no objections, and the court being satisfied that the report contains no clear error, the court adopts the findings and conclusions of the magistrate judge as the findings and conclusions of the court. Accordingly, the complaint is **dismissed without prejudice** for failure to prosecute and for failure to comply with a court order. All motions not previously ruled on are **denied**. The clerk of court is **directed** to close this case.

*So ordered by the court on February 25, 2020.*

_____
J. CAMPBELL BARKER
United States District Judge